# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

JOHNNY LEE MCDONALD, JR.                                         PLAINTIFF
ADC #132311

v.                        No. 1:13-cv-102-DPM-HDY

DAVID LUCAS, Sheriff, Jackson County;
MIKE SMITH, Jail Administration, Jackson
County Detention Center; and JASON
BURTON, Parole Officer, Jackson County              DEFENDANTS

## ORDER

More than thirty days have passed since the Court ordered Johnny Lee McDonald, Jr., to respond to Burton's motion to dismiss. № 13. The Court warned that it could dismiss McDonald's complaint if he failed to comply with the Court's orders. № 3 at 1. The deadline has passed, and McDonald has not responded. His complaint is dismissed without prejudice for failure to prosecute. Local Rule 5.5(c)(2). Pending motion to dismiss, № 10, and motion to compel, № 14, denied as moot. The Court certifies that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

12 January 2014