IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHNNY LEE MCDONALD, JR.  PLAINTIFF
ADC #132311

v.               No. 1:13-cv-102-DPM

DAVID LUCAS, Sheriff, Jackson County;
MIKE SMITH, Jail Administration, Jackson
County Detention Center; and JASON
BURTON, Parole Officer, Jackson County  DEFENDANTS

### JUDGMENT

McDonald's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

12 February 2014