IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHNNY LEE MCDONALD, JR.                                   PLAINTIFF

v.                          No. 1:13-cv-102-DPM

DAVID LUCAS, Sheriff, Jackson County;
MIKE SMITH, Jail Administration, Jackson
County Detention Center; and JASON
BURTON, Parole Officer, Jackson County            DEFENDANTS

ORDER

The United States Court of Appeals for the Eighth Circuit has granted McDonald's motion for leave to appeal *in forma pauperis*, assessed the full $505.00 filing and docketing fees against him, and remanded the collection of fees to this Court. № 26. McDonald is no longer in custody, so no initial partial filing fee is assessed. McDonald must still pay the full $505.00 filing and docketing fees to the U.S. District Court, Clerk of Court, 600 West Capitol Avenue, Suite A149, Little Rock, AR 72201. Payment is due now.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

31 July 2014